IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COREY D. GREEN
    Plaintiff,

vs.                                    Case No. 3:08cv362/RV/EMT

SUSAN W. ROBERTS,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 9, 2008 (Doc. 4).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is transferred to the United States District Court for the Middle District of Florida.

    3.  The Clerk is directed to close the file.

    **DONE AND ORDERED** this   10th   day of  October  2008.

                                                /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**